Town of Putnam Valley, Respondent, v. Nased Corporation and Another, Appellants.— Judgment restraining defendants from violating the terms of an order of the board of health of the town of Putnam Valley unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

Jacob I. Wiener, Appellant, v. Louis N. Ellrodt, Individually and as Former Sheriff of the County of Westchester, Respondent.— In an action against a sheriff for making a false return, order dismissing complaint on the ground that the action was begun more than one year after it had accrued, and judgment entered thereon, unanimously affirmed, without costs. (Civ. Prac. Act, § 51, subd. 1; *Tulloch* v. *Haselo*, 218 App. Div. 313; *Conklin* v. *Draper*, 229 id. 227; affd., 254 N. Y. 620; *McKay* v. *Coolidge*, 218 Mass. 65.) Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

Anna Wisnick, as Administratrix, etc., of Samuel Wisnick, Deceased, Respondent, v. Charles Dwyer, Jr., and Others, Appellants.— Action to recover damages for the negligent act of the defendant Charles Dwyer, Jr., causing the death of plaintiff's intestate, while driving an automobile with the consent of the other two defendants, the owners, which collided with the motorcycle of plaintiff's intestate, going in an opposite direction. The verdict is not against the weight of the evidence. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Scudder, Tompkins and Davis, JJ.

Marcia Wittenberg, Respondent, v. William Wittenberg, Appellant.— Plaintiff was a guest in defendant's automobile, which was traveling northerly along the viaduct at the Grand Central Terminal in Manhattan and through the tunnel approaching Forty-fifth street. Defendant, who was driving, testified that a car in the rear was attempting to pass on his left and that he turned to the right "too fast" and ran into the wall, as the result of which the plaintiff was injured. Judgment unanimously affirmed, with costs. In our opinion, the jury was justified in finding negligence on the part of the defendant regardless of the doctrine of *res ipsa loquitur*. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.